IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANTELL WADE-HERBERT,<br><br>        Plaintiff,<br><br>    v.<br><br>ELI LILLY AND COMPANY,<br><br>        Defendant<br>_____/ | No. C-06-1432 MMC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Before the Court is the parties' Joint Case Management Conference Statement, electronically filed August 8, 2006,[1] by which the parties seek to continue the August 18, 2006 case management conference by approximately 120 days. The parties seek a continuance because the Judicial Panel on Multidistrict Litigation has directed the Clerk of the Eastern District of New York to file an order transferring the instant action to that court for inclusion in MDL No. 1596, In re Zyprexa Products Liability Litigation.

Accordingly, for good cause shown, the August 18, 2006 case management conference is hereby VACATED.

**IT IS SO ORDERED.**

Dated: August 11, 2006

MAXINE M. CHESNEY
United States District Judge

---

[1] Neither party has provided a chambers copy of the joint statement. The parties are reminded of their obligation under General Order 45 and the Court's Standing Orders to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.